Clayeo C. Arnold, SBN 65070
Joshua H. Watson, SBN 238058
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL BRADLEY<br><br>    Plaintiff,<br><br>vs.<br><br>NUNNO CORPORATION, LTD,<br><br>    Defendants. | Case No.: 2:19-cv-02106-CAS-AS<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR SETTLEMENT OF INDIVIDUAL FLSA CLAIM AND PAGA CLAIM**<br><br>DATE:    JULY 1, 2019<br>TIME:    10 AM<br>JUDGE:   CHRISTINA A. SNYDER<br>CRTRM:   8D<br><br>TRIAL DATE: *NOT YET SET* |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that at the date, time, and place indicated above or on such other date and time as directed by the Court, in Courtroom 8D, 8th Floor of the above-entitled Court, located at 350 W. First Street, Los Angeles, CA 90012, the Honorable Christina A. Snyder presiding, Plaintiff Gabriel Bradley will, and hereby does, move for order approving settlement in this matter.

Defendants do not oppose this motion.

This matter settled in principle shortly after filing, and before the filing of responsive papers became necessary. The matter has resolved as an individual claim, not as a representative action. However, because the Complaint included both individual and collective/representative claims, court approval is statutorily required before this matter may be settled.

This Motion is made on the grounds that:

(1)  The Complaint in this matter alleged individual claims, which were the basis of the settlement.

(2)  The Complaint also alleged collective actions under the California Labor Code and the U.S. Fair Labor Standards Act ("FLSA"). These claims are to be dismissed, but a court order is required to do so.

(3)  This settlement does not resolve any of the collective claims. It is entirely an individual settlement.

(4)  This matter settled for $30,000, including Plaintiff's substantive recovery, costs, and attorney fees.

This Motion will be based on this notice, the accompanying memorandum and declaration and exhibits, the proposed settlement agreement, papers on file with the Court, and on such further evidence and argument as may be presented at the hearing and further briefing.

Respectfully Submitted,

Dated: June 3, 2019                    CLAYEO C. ARNOLD, APC

                                       By:  /s/ Joshua H. Watson
                                            JOSHUA H. WATSON
                                            *Attorneys for Plaintiff*